IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DENNIS BATEMAN,<br><br>              Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>              Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:18-cv-00815-DBB-JCB<br><br>District Judge David Barlow |

      This case was assigned to United States District Court Judge David Barlow, who then referred it to United States Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A). On November 4, 2020, Judge Bennett issued a Report and Recommendation (ECF No. 43), recommending that the court deny Plaintiff's application to proceed *in forma pauperis*. Plaintiff filed no objection to the Report and Recommendation. After reviewing the file *de novo*, and for the reasons stated by Judge Bennett, the court hereby APPROVES AND ADOPTS Judge Bennett's recommendation in its entirety. Accordingly, Plaintiff's application to proceed *in forma pauperis* is DENIED.

      Signed November 24, 2020.

                        BY THE COURT

_____
David Barlow
United States District Judge